1541

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TYRONE MOBLEY

Criminal No. 22-60
(18 U.S.C. § 1708)

## INDICTMENT

## COUNTS ONE - FOUR

The grand jury charges:

On or about the following dates set forth below, in the Western District of Pennsylvania, the defendant, TYRONE MOBLEY, did steal and take from and out of an authorized depository for mail matter or mail receptacle located at the following addresses set forth a package or mail addressed to a resident of that address, each such theft of a package or mail being a separate count herein:

| Count | Date | Address |
|---|---|---|
| 1 | December 10, 2020 | 322 Melwood Avenue #12, Pittsburgh, PA |
| 2 | January 13, 2021 | 325 North Craig Street, #701, Pittsburgh, PA |
| 3 | March 13, 2021 | 341 S. Highland Avenue Apt. 12, Pittsburgh, PA |
| 4 | September 17, 2021 | 348 South Highland Ave, #102, Pittsburgh, PA |



FILED

MAR 17 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

In violation of Title 18, United States Code, Section 1708.

A True Bill,

*/signature/*
Foreperson

*/signature/*
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

*/signature/*
NICOLE A. STOCKEY
Assistant United States Attorney
PA ID No. 306955