UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 2:22-cr-60 |
| v. | ) | |
| TYRONE MOBLEY | ) | |
| Defendant | ) | |

## ORDER OF DETENTION

AND NOW, this 11th day of October, 2022, the defendant having appeared before the undersigned United States Magistrate Judge, the defendant is Ordered detained pending a final revocation hearing before United States District Judge Schwab.

IT IS ORDERED that the defendant is committed to the custody of the United States Marshal for the Western District of Pennsylvania.

IT IS FURTHER ORDERED that the defendant be produced before United States District Judge Schwab on ___date and time to be set by further Order of Court___ for further revocation proceedings.

Patricia L Dodge
United States Magistrate Judge