DC-60
LMT

U.S. Department of Justice
Joseph F. Weis Jr US Courthouse
700 Grant Street
Suite 4000
Pittsburgh PA 15219
Fax 412-644-2644

5-2-23

**FILED**
MAY 18 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

RE United States V Defendent Tyrone Mobley
Case Number 2022 R 66017 + Court Docket #22-CR-00060 before Judge Arthur Schwab. Honorable Judge I have sent you documention of what was happen and my Attorney Todd Hollis Will be Representing in my behalf. The Postal Service has post office boxes and sending my mail to all branches for mail. and I was directed where to pick up but when I and I got arrested by police I Return Sharpburgh Property and they still want to disrespect me. They Sharpburg Area give my belonging to Ellie Wilding 412-432-8796 License Plate K8K0040 She has my vest & phone which I confronted her on 51 Carrick bus that's on Surverville. I still never sign anything, took blood or or applied for a marraige license. Thanks for you time and looking forward to hear from you. Todd will bring the Mixhem and other books + belong to Co



**UNITED STATES POSTAL SERVICE**

NOTE: The person signing this form states that he or she is the person, executor, guardian, authorized officer, or agent of the person for whom mail would be forwarded under this order. Anyone submitting false or inaccurate information on this form is subject to punishment by fine or imprisonment or both under Sections 2, 1001, 1702 and 1708 of Title 18, United States Code.

PRIVACY ACT STATEMENT: Your information will be used to provide mail forwarding and Change-of-Address (COA) services and move related advertisements, to verify your identity, to facilitate communication, to identify and mitigate potential fraud and to provide address correction services. Collection is authorized by 39 U.S.C. 401, 403, 404. Providing the information is voluntary, but if not supplied, we may not be able to process and fulfill your request for services. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following standard and specific routine uses: Incident to legal proceedings; for law enforcement purposes; to a congressional office; to agents or contractors; to auditors; to labor organizations; to federal, state, local, or foreign government agencies; to agencies and entities for financial matters; for customer service purposes; for voter registration to a duly formed election board or registration commission; to a federal, state, or local government agency upon certification when required for the performance of its duties; to a law enforcement agency after the Postal Inspection Service has confirmed that the COA information is needed for a criminal investigation; for service of process; for purpose of jury service; to agencies or entities at customer's request; to a disaster relief organization; pursuant to the order of a court of competent jurisdiction; for address correction services only if the mailer is in possession of the name and old address; and to USPS licensed service providers to perform mailing list address correction services for lists containing your name and old address. For a list of licensed service providers please visit https://postalpro.usps.com/NCOALink_Service_Providers. For more information regarding our privacy policies visit www.usps.com/privacypolicy.

*Remember to update your voter registration if you are filing a permanent Change-of-Address.*

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 75026 WASHINGTON, DC

**POSTAGE WILL BE PAID BY ADDRESSEE**

To: POSTMASTER

UNITED STATES POSTAL SERVICE

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## OFFICIAL MAIL FORWARDING CHANGE OF ADDRESS ORDER

Please PRINT items 1-10 in blue or black ink. Your signature is required in item 9.

1. Change of Address for: ☒ Individual (#5)  ☐ Entire Family (#5)  ☐ Business (#6)
2. Is This Move Temporary?  ☐ Yes  ☒ No
3. Start Date: 02/27/17
4. If TEMPORARY move, print date to discontinue forwarding: (ex. 03/27/17)

5a. LAST Name & Jr./Sr./etc.: BRUMBACH
5b. FIRST Name and MI: Jessica

6. IF BUSINESS Move, Print Business Name:

7a. OLD Mailing Address: PO BOX 99062 1001 California Ave
7a. OLD APT or Suite:
7c. OLD CITY: Pgh
7d. State: PA   7e. ZIP: 15212

8a. NEW Mailing Address: 2117 Brownsville Rd
8a. NEW APT/Ste or PMB: A22
8c. NEW CITY: Pgh
8d. State: PA   8e. ZIP: 15210

9. Print and Sign Name (see conditions on reverse)
Print: Jessica Brumbach
Sign: [signature]
Date Signed: 03/09/23

PS FORM 3575 JUL 2022

Visit USPS.com to change your address online

### OFFICIAL USE ONLY
Zone/Route ID No.
Date Entered on Form 3982 M M D D Y Y
Expiration Date M M D D Y Y
Clerk/Carrier Endorsement

0722

---

**Reminder Notice**
*Sanders, et al. v. Ibex Global Solutions, Inc.*, Case No. 1:22-cv-00591-TNM

**If Ibex Global Solutions, Inc. notified you of a Data Security Incident in or around August 2021, you may be eligible for a CASH PAYMENT or other benefits under a class action settlement.**

A settlement has been reached in a class action lawsuit concerning a data security incident at Ibex Global Solutions, Inc. and Ibex Limited (collectively "Ibex" or "Defendant") that occurred in or around between July 27, 2020 and August 17, 2020 (the "Data Security Incident"). The Settlement would resolve a lawsuit in which Plaintiffs allege that the Data Security Incident potentially exposed individuals' personal identifying information ("PII"), including names, addresses, dates of birth, Social Security numbers, and medical information. The Settlement is without an admission of liability.

Visit www.IbexDataSettlement.com or call 1-877-659-6287 for more information.

PRESORTED FIRST CLASS

FAX - 471 - 2783

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

JAMES VILLANOVA,                              Housing Division

          Plaintiff,                   Case No.: LT-22-502

    v.

JESSICA BRUMBACH,

          Defendant.

## AMENDED COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, James Villanova, by and through his undersigned counsel, Villanova Law Offices, P.C., and hereby files the within Amended Complaint in Civil Action averring as follows:

1. Plaintiff James Villanova (Mr. Villanova) is an adult individual domiciled at 1915 Murdstone Road, Pittsburgh, PA 15241.

2. Defendant Jessica Brumbach is an adult individual last known to receive mail at PO Box 99952, 1001 California Avenue, Pittsburgh, PA 15212.

3. This matter concerns the property at 122 Maple Terrace, Apt 2, Pittsburgh, PA 15211 (Property).

4. Mr. Villanova owns the Property.

5. Mr. Villanova and Jessica Brumbach executed a one-year lease agreement in July 2021 through July 2022 under which Jessica Brumbach would lease the Property from Mr. Villanova for a monthly rent payment of $1,350. See Lease attached as Exhibit A.

6. On May 11 2022, Plaintiff received a judgement from the Honorable James A. Motzik requiring Jessica Brumbach to pay $1,295 in rent by June 10, 2022.

*Cephas*

Box Number(s) _____

# Application for Post Office Box™ Service
*Fill out all non-shaded fields, and take this application to the Post Office™.*

1. This service is for *(Required selection):*   ☐ Business/Organization Use   ☐ Residential/Personal Use
2. Name of Business/Organization *(if applicable):*
3. Name of Person Applying *(Last, First, MI — include title if representing a business/organization):*
4. Address: Number, Street, Suite _____

   City _____   State _____   ZIP+4® _____

   Verify initials.

5. Telephone Number *(Include Area Code)*
6. Email Address
7. Box Size(s) (Required) *See page 1 for details*   ☐ Size 1   ☐ Size 2   ☐ Size 3   ☐ Size 4   ☐ Size 5
8. Applicant must select and enter the ID Number for two items of valid identification listed below. You must present the IDs at a Post Office. One item must contain a photograph and one must be traceable to the bearer (prove your physical address). Both must be current.

   **Select one photo ID:**
   ☐ Valid driver's license or state non-driver's ID card
   ☐ Armed forces, government, university, or recognized corporate ID
   ☐ Passport, passport card; alien registration card, or certificate of naturalization

   **Select one non-photo ID:**
   ☐ Current lease, mortgage, or deed of trust
   ☐ Voter or vehicle registration card
   ☐ Home or vehicle insurance policy

   Photo ID Number: _____   Non-Photo ID Number: _____

   Verify initials (For Post Office Use Only) _____

9. On the *back of this form,* list the name(s) of all individuals, including members of a business, who will be receiving mail at this (these) PO Box number(s).
10. On the *back of this form,* list the names of the persons or representatives of the business/organization authorized to pick up mail addressed to this (these) PO Box number(s).

**Optional Automatic Renewal Payment — Terms and Agreement (Required for 3-month payment option)**
By initialing below and establishing automatic renewal payments at a Post Office, I hereby authorize the U.S. Postal Service® (USPS®) to charge my credit card for the amount of my designated box size per USPS pricing on the scheduled interval I have selected (i.e., 3, 6, or 12 months). This charge could appear on my credit card statement as early as the 15th of the month prior to the due date. If I provided my email address, I understand that I will receive email notification at least 10 days prior to the actual credit card charge. I will also receive a payment due notice in my PO Box before the payment due date. I understand that I may cancel the automatic payment option any time after the initial application/payment process is complete during the business hours at the Post Office where my box is located. If I do not cancel by the 14th of the month prior to the next payment due date, I understand that the payment will be charged to my credit card. I understand that if the payment cannot be transacted due to incorrect or obsolete payment information or the transaction would exceed the credit limit of the account, or the bank or credit card company rejects/returns the payment request, my PO Box may be closed and any mail received after closure would be returned to the sender. If my PO Box is closed for nonpayment, I understand that I could be charged a late payment fee to reactivate my PO Box service. If there are any changes to my credit card number, billing address, or expiration date, I agree to notify the Post Office where my box is located of these changes. I understand that this agreement will remain in effect until I or USPS terminates the PO Box service. The USPS may receive updated credit card account information from the institution that issued the card identified for payment. If I decide to close my PO Box, I must visit the Post Office where my box is located during business hours. (See the PO Box refund policy for information on refunds.) The USPS may terminate my participation under this automatic payment agreement in the event I provide incorrect, false, or fraudulent account information or if I have any returned payment items.

**Customer Initials** _____   **Billing Address** *(if different from address in 4 above):*

Number, Street, Suite _____

City _____   State _____   ZIP+4® _____

| Application Date | Number of Keys Issued | Customer Eligible for No-Fee Service | |
|---|---|---|---|
|  |  | ☐ Yes   ☐ No | Post Office Date Stamp |

**Signature of Applicant** *(Same as item 3)* I certify that all information furnished on this form is accurate, truthful, and complete. I understand that anyone who furnishes false or misleading information on this form or omits information requested on this form may be subject to criminal and/or civil penalties, including fines and imprisonment.

_____

PS Form **1093**, January 2012 (Page 3 of 4)  7530-02-000-7165. See our Privacy Act Statement on page 4 of this form.



**U.S. Department of Justice**
Western District of Pennsylvania
Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
Phone: (412) 894-7400
Fax: (412) 644-2644

January 27, 2023

Chenye Wen
5535 Ellsworth Ave.
#3
Pittsburgh, PA 15232

> **THANKS FOR HEADS UP CHANGE Court date**
> **snakes**

Re: United States v. Defendant(s) Tyrone Mobley
Case Number 2022R00017 and Court Docket Number 22-CR-00060

Dear Chenye Wen:

The enclosed information is provided by the United States Department of Justice Victim Notification System (VNS). As a victim witness professional, my role is to assist you with information and services during the prosecution of this case. I am contacting you because you were identified by law enforcement as a victim or potential victim during the investigation of the above criminal case.

The sentencing hearing for defendant(s), Tyrone Mobley, has been set for May 4, 2023, 09:30 AM at United States Courthouse, 700 Grant St., Pittsburgh, PA 15219 before Judge Arthur Schwab. You are welcome to attend this proceeding; however, unless you have received a subpoena, your attendance is not required by the Court. If you plan on attending, you may want to verify the date and time by using the VNS Call Center or website. If you are a victim of the charged offense(s) and wish to speak at sentencing, please call our office well in advance of the scheduled hearing date.

The sentencing previously scheduled for defendant(s) Tyrone Mobley on March 2, 2023, 10:30 AM at United States Courthouse, 700 Grant St., Pittsburgh, PA 15219 has been cancelled. VNS will continue to provide you with updated case scheduling and event information.

A United States Probation Officer prepares a report for the Court and may contact you to discuss the impact the crime had on you financially, physically, and/or emotionally. If you are contacted, please make every effort to provide accurate and detailed information.

Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to call the VNS Call Center or check the website to confirm the date and time. Please note, there is a 24-hour delay in information transfer to the website.

If you have any questions or concerns, please feel free to contact me directly Monday through Friday (excluding holidays) from 8:30 a.m. to 5:00 p.m. at 412-894-7400 or adrienne.howe@usdoj.gov. Through the Victim Notification System (VNS) we will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. You may obtain current information about this case on the VNS website at https://www.notify.usdoj.gov or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program.

> **I Got you TODD**

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY,
PENNSYLVANIA

JAMES VILLANOVA,                              Housing Division

        Plaintiff,                         Case No.: LT-22-502

    v.

JESSICA BRUMBACH,

        Defendant.

### AMENDED COMPLAINT IN CIVIL ACTION

AND NOW, comes the Plaintiff, James Villanova, by and through his undersigned counsel, Villanova Law Offices, P.C., and hereby files the within Amended Complaint in Civil Action averring as follows:

1. Plaintiff James Villanova (Mr. Villanova) is an adult individual domiciled at 1915 Murdstone Road, Pittsburgh, PA 15241.

2. Defendant Jessica Brumbach is an adult individual last known to receive mail at PO Box 99952, 1001 California Avenue, Pittsburgh, PA 15212.

3. This matter concerns the property at 122 Maple Terrace, Apt 2, Pittsburgh, PA 15211 (Property).

4. Mr. Villanova owns the Property.

5. Mr. Villanova and Jessica Brumbach executed a one-year lease agreement in July 2021 through July 2022 under which Jessica Brumbach would lease the Property from Mr. Villanova for a monthly rent payment of $1,350. See Lease attached as Exhibit A.

6. On May 11 2022, Plaintiff received a judgement from the Honorable James A. Motzik requiring Jessica Brumbach to pay $1,295 in rent by June 10, 2022.

U.S. District Court for the Western District of Pennsylvania          4-26-23

I am very trouble of the Justice department, public officals and Relgion Jews, Catholic and Mushsms. I am not perfect and I am not a fool. I gave my heir to my daughter so she want go to Jail, like the government did me. Then, I kepted my word not to expose you crooks so you try to take my life by assaulting me, rape! and Mayor ED Garney selling me bad drugs. I will not bad tall you no more. I will grant the following a divorce and keep the promise returning all property, money and my granddaughters. The follow get a pass

Robert J Colville — Michael Norman Burt
Troy Rivetti — Eric G ol shan
Soo C. Song
Eric G. ol shan
Mary J Hahn
Nicole A Vasquez Schmitt
Barry Disney
Elisa A Long
Judy Clarke
Michael J Novara
Ashwin Cattamanchi

I am well aware how you consulate my case and the only professional divorce from the relgion is the tree of life. EDGNAR SNYYER and ATTORNEY FRED RABNER DiD Meditition AT 436 FOURTH AVE PGH PA 15222 and place someone eles. as me. I would like my wallet at this court date 4-27-23. WHICH My Attoney todd Hollis inform me of because He Has a consequene and A SOUL. HAVE A GOOD DAY.

TODD HOLLIS                               5.3.23

At this time I am having foot problems for when I purchase some Sketcher Tennis shoes from a guy at DJ Barber on East Carson. It seems Fungus which I going to ER because its very painful. I talked to Washington about the agreement I am Democratic Party and no two people have the same number since she My daughter, I will let her shine. I made the judge aware of the enposer and the debit card you gave me to purchase the New Deed to property 4074 Neola Ave he did not give me but I went and ask the next day and he disrespect me. He gave it to Kevin Pugh Assistant. I am not purchaser another on because Franklin Robinson got copy. I will fax paper work 40 Micheal Greever Fed Court Cafe on May 23, 23. Other than that the boxes is to heavy. I'm pregnant and now my Toe is messed up. So you do your job and my bill should not be outrages deduct from the debit cards you gave me to get Deed & Food